**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 27, 2010**

_____

BK1005612
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-55914 |
| Ana M Serrano | Chapter 7 |
| | Judge Hoffman Jr. |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #9) FOR PROPERTY LOCATED AT (1870 RIVERDALE ROAD COLUMBUS , OH 43232)** |

  This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by US Bank, National Association, Successor by merger to The Leader Mortgage Company on June 11, 2010 as document number 9. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

  Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1870 Riverdale Road  Columbus, OH 43232.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
Bar Registration No.0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

HSBC Bank, Nevada, N.A.
111 Town Center Drive
Las Vegas, NV 89134
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Teodoro Linares
1815 Fleming Road
Columbus, OH 43232
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

U.S. Bank, National Association, N.D.
4355 17th Avenue, SW
Fargo , ND 58103
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###